UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN E. MCCULLOCH, <br><br>　　　　　Plaintiff, <br><br>　　　v. <br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, et al., <br><br>　　　　　Defendants. | Case No. 19-cv-07716-SI <br><br>**ORDER GRANTING MOTIONS TO SEAL** <br><br>Re: Dkt. Nos. 124, 125 |

　　　　Before the Court are the parties' administrative motions to file documents under seal. Dkt. Nos. 124, 125, 126, 127. A party seeking to seal a judicial record must provide "compelling reasons" that outweigh the "public's interest in disclosure." *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006). A party may move, for example, to seal confidential business and financial information that includes, among other items, financial terms of agreements, business strategies, and confidential negotiations. *See Exeltis USA Inc. v. First Databank, Inc.*, 2020 WL 2838812 at *1-2 (N.D. Cal. June 1, 2020); *In re Qualcomm Litig.*, 2017 WL 5176922, at *2 (S.D. Cal. Nov. 8, 2017).

　　Based on a careful review of the documents sought to be sealed and consideration of the compelling reasons offered and the public's interest in accessing judicial records and documents, the Court hereby **GRANTS** the motions and permits the following text and exhibits be filed under seal:

//

//

- Hartford Trial Brief at 12:15
- Hartford Findings of Fact and Conclusions of Law at 5:25 and 6:3
- McCulloch Trial Brief at 6:16; 8:9-9:9; 9:13-16; 10:15-18; 12:10-13
- McCulloch Findings of Fact and Conclusions of Law at 4:7; 5:20-6:18; 6:19-25; 7:16-21; 9:7-16; 15:13-15
- Exhibit 15–Premium History Summary Report
- Exhibit 16–Salary Administration and Job Evaluation Policy
- Exhibit 17–BB&T Yellow Salary Range Charts
- Exhibit 18–Promotions & Corporate Titles Policy

**IT IS SO ORDERED**.

Dated: February 23, 2022

_____
SUSAN ILLSTON
United States District Judge